IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERWIN HURLBUT, | : |
| | : Case No. 2:21-cv-01500-MAK |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GW PHARMACEUTICALS PLC, | : |
| GEOFFREY GUY, JUSTIN GOVER, | : |
| CABOT BROWN, DAVID GRYSKA, | : |
| CATHERINE MACKEY, JAMES NOBLE, | : |
| ALICIA SECOR, and WILLIAM | : |
| WALDEGRAVE, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 3, 2021

GRABAR LAW OFFICE

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*